# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **VICKY L. HORNER**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08CV00026 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SOUTHWEST VIRGINIA** | ) | By:  James P. Jones |
| **REGIONAL JAIL AUTHORITY**, | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed February 28, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1.    The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.    The Motion for Summary Judgment filed by the defendant Southwest Virginia Regional Jail Authority is DENIED; and

3.    The Clerk shall set the case for jury trial.

ENTER: March 5, 2010

/s/ JAMES P. JONES
Chief United States District Judge